# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Case no. 3:20-cv-16292-FLW-TJB

| | |
|---|---|
| **SANDRA ARCIERI**, individually on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**SUNTUITY SOLAR LIMITED LIABILITY COMPANY**,<br><br>　　　　　Defendant. | Hon. Magistrate Tonianne J. Bongiovanni<br><br>**STIPULATION OF DISMISSAL** |

　　Plaintiff Sandra Arcieri and Defendant Suntuity Solar LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

　　So Stipulated.

DATED this 5th day of July, 2022.　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Stefan Coleman*
　　　　　　　　　　　　　　　　　　Stefan Coleman
　　　　　　　　　　　　　　　　　　law@stefancoleman.com
　　　　　　　　　　　　　　　　　　LAW OFFICES OF STEFAN COLEMAN
　　　　　　　　　　　　　　　　　　1072 Madison Ave, Unit 1
　　　　　　　　　　　　　　　　　　Lakewood, NJ 08701
　　　　　　　　　　　　　　　　　　Telephone: (877) 333-9427
　　　　　　　　　　　　　　　　　　Facsimile: (888) 498-8946

　　　　　　　　　　　　　　　　　　Avi R. Kaufman (*pro hac vice*)
　　　　　　　　　　　　　　　　　　kaufman@kaufmanpa.com
　　　　　　　　　　　　　　　　　　KAUFMAN P.A.
　　　　　　　　　　　　　　　　　　400 NW 26th Street
　　　　　　　　　　　　　　　　　　Miami, FL 33127

1

Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Classes*

**SPIRO HARRISON**
/s/ Adlai J.J. Small
Jason C. Spiro
Adlai J.J. Small
Rachel M. Sollecito
830 Morris Turnpike, 2nd Floor
Short Hills, NJ 07078
Phone: (973) 232-0881
asmall@spiroharrison.com

*Attorneys for Suntuity Solar, LLC*

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

*[signature]*

FREDA L. WOLFSON, U.S.D.J.   7-6-22